Eastern District of Kentucky
FILED
JUN 24 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 05-CV-108-KKC

JERRY W. LAWSON, ET AL.            PETITIONER

VS.           **JUDGMENT**

JACK SIZEMORE, JAILER            RESPONDENT

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

(1)     Judgment **IS ENTERED** in favor of the respondent;

(2)     this matter **IS DISMISSED WITHOUT PREJUDICE**;

(3)     this judgment **IS FINAL AND APPEALABLE**, and no just cause for delay exists;

(4)     the Court **CERTIFIES** that any appeal would not be taken in good faith; and

(5)     this matter **IS STRICKEN** from the active docket.

This the 24th day of June, 2005.

**Signed By:**

*Karen K. Caldwell* KKC

**United States District Judge**